■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUSTAVO MARTE, Appellant. [659 NYS2d 735] —Judgment, Supreme Court, New York County (Peter Benitez, J., at plea; Barbara Newman, J., at sentence), rendered on or about June 9, 1995, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Murphy, P. J., Milonas, Tom, Andrias and Colabella, JJ.

■ JULIAN LUECKE, Respondent, v STUART BITTERMAN, Appellant. [658 NYS2d 34] —Judgment, Supreme Court, Bronx County (Barry Salman, J.), entered on or about May 7, 1996, insofar as appealed from as limited by defendant's brief, awarding damages in favor of plaintiff patient and against defendant doctor of $500,000 for past pain and suffering and $220,000 for future pain and suffering, upon plaintiff's stipulation to reduce the jury's award of $490,000 for future pain and suffering in lieu of a new trial thereof, unanimously affirmed, with costs.

The award does not materially deviate from what is reasonable compensation for this 20-year old plaintiff's injuries, sustained as a result of defendant's negligence in applying liquid nitrogen in an attempt to remove an anal wart, which included a one-foot by four-inch third-degree burn that resulted in a scar on the right buttock extending to the back of the thigh, excruciating pain and two and a half years of posttraumatic stress disorder (*cf., Lyall v City of New York*, 228 AD2d 566). Concur—Murphy, P. J., Milonas, Tom, Andrias and Colabella, JJ.